| | |
|---|---|
| 1 | Jyoti Mittal, Bar No. 288084 |
|  | jmittal@littler.com |
| 2 | James Payer, Bar No. 292158 |
|  | jpayer@littler.com |
| 3 | Joy Cho, Bar No. 353177 |
|  | jcho@littler.com |
| 4 | LITTLER MENDELSON P.C. |
|  | 2049 Century Park East |
| 5 | 5th Floor |
|  | Los Angeles, California  90067.3107 |
| 6 | Telephone:    310.553.0308 |
|  | Fax No.:        800.715.1330 |
| 7 | |
| 8 | Attorneys for Defendant |
|  | BENSON INDUSTRIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRESE LYONS, individually, and on behalf of all others similarly situated, | Case No. |
|  | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| Plaintiff, | |
| v. | Trial Date: TBD |
|  | Complaint Filed:   November 30, 2023 |
| BENSON INDUSTRIES, INC., a corporation; and DOES I through 10, inclusive, | San Francisco County Superior Court Case No. CGC-23-610746 |
| Defendants. | |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF TYRESE LYONS:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BENSON INDUSTRIES, INC. hereby submits the following corporate disclosure statement:

Benson Industries, Inc, a Delaware corporation is owned by MiTek Inc., a Missouri corporation. MiTek Inc. is owned by MiTek Holdings, Inc., a Delaware corporation. MiTek Holdings, Inc. is owned by MiTek Industries, Inc., a Delaware corporation. MiTek Industries, Inc. is owned by Berkshire Hathaway, Inc., a publicly traded Nebraska corporation.

Dated: December 5, 2024

LITTLER MENDELSON P.C.

/s/ Jyoti Mittal
Jyoti Mittal
James Payer
Joy Cho

Attorneys for Defendant
BENSON INDUSTRIES, INC.

4885-2417-2789.2 / 106323-1022

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT